UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 23, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PASIA VUE,

    Defendant.

Case No. 2:18-mj-00102-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _PASIA VUE_,

Case No. _2:18-mj-00102-CKD_ Charge _21 USC § 841(a)(1) & (b)(1)(C)_, from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    **X** Unsecured Appearance Bond $ 25,000.00, co-signed Mai Kou Vu

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    \_\_\_\_\_ (Other):

Issued at Sacramento, California on May 23, 2018 at 4:30 p.m.

By: _[signature]_

Magistrate Judge Carolyn K. Delaney