CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for PASIA VUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-113 KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| PASIA VUE, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Grant Rabenn, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Pasia Vue that Defendant's current pretrial release conditions shall be modified as follows:

Defendant was required by Pretrial Services to participate in the MRT program. Her obligation to continue her participation in the MRT program shall be suspended. Ms. Vue shall, hereafter:

1. Participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. She must pay all or part of the costs of the counseling services based upon her ability to pay, as determined by the pretrial services officer; and

2. Participate in the Better Choices court program and comply with all the rules and regulations of the program. She must remain in the program until released

02/28/19

by a pretrial services officer. In accordance with this condition, she must appear before Magistrate Judge Deborah Barnes, as directed by Pretrial Services.

3. Resume participation in MRT on September 5, 2019.

DATED: February 25, 2019 Respectfully submitted,

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Pasia Vue


/S/ Grant Rabenn
McGregor Scott
by GRANT RABENN
Attorney for Plaintiff

# ORDER

IT IS SO ORDERED, that the Defendant's pretrial release conditions be modified as stipulated by the parties, and as recommended by Pretrial Services[1].

Dated: February 28, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Defense counsel has represented to the court that Pretrial Services recommended this modification.

02/28/19