CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for PASIA VUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>PASIA VUE,<br><br>   Defendant. | Case No.: 2:18CR00113 KJM<br><br>REQUEST FOR STAY OF TURN IN DATE<br><br>DATE:  October 30, 2020<br>TIME:  --<br>JUDGE: Hon. Kimberly J. Mueller |
|---|---|

    On March 2, 2020, Pasia Vue appeared before the Court for imposition of judgment and sentence. At that time, the court ordered Ms. Vue to turn herself in on November 9, 2020, at a location to be designated by the US Marshals to begin her prison commitment.

    Ms. Vue now respectfully requests, without objection from the government, a one-time extension of her turn-in date to March 1, 2021, in order for her to take her cosmetology licensing exam, currently scheduled for February 25, 2021. Ms. Vue recently completed her coursework at Federico College and hopes to take her licensing exam while the material is fresh in her mind. Once she passes the exam, Ms. Vue hopes to be able to begin working in her new vocation immediately upon completion of her prison commitment. If she has to reschedule her exam, she is informed that it could take 5-6 months after her release before she would be able to take the exam and begin

11/02/20

working.  Attached for the Court's review as Exhibit 1 is a screenshot of a communication with Federico College notifying Ms. Vue of her exam date.

For the above reasons, Ms. Vue respectfully requests a one-time extension to March 1, 2021 to turn herself in as directed by the US Marshals.

DATED:	October 30, 2020	/S/	Grant Rabenn
McGREGOR SCOTT
by GRANT RABENN
Attorney for Plaintiff


/S/	Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for PASIA VUE


## ORDER

IT IS SO ORDERED, that Pasia Vue turn herself in on March 1, 2021, as directed by the federal Bureau of Prisons, or if no Bureau of Prisons' facility is identified, to the US Marshals Service in Sacramento, by 2 p.m. on March 1.  The previous order that she turn herself in on November 9, 2020 is vacated.

This 2nd day of November 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

11/02/20