CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for PASIA VUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>PASIA VUE,<br><br>       Defendant. | Case No.: 18-113 KJM<br><br>REQUEST FOR STAY OF TURN IN DATE<br><br>DATE:  February 25, 2021<br>TIME:   --<br>JUDGE:  Hon. Kimberly J. Mueller |

On March 2, 2020, Pasia Vue appeared before the Court for imposition of judgment and sentence.  At that time, the court ordered Ms. Vue to turn herself in on November 9, 2020, at a location to be designated by the US Marshals to begin her prison commitment.  The Court then granted Ms. Vue's request for an extension of her turn in date to March 1, 2021.

Ms. Vue now respectfully requests, without objection from the government, that the court grant an extension of her turn-in date to October 1, 2021, in order for her to take her cosmetology licensing exam, which had previously been scheduled for February 25, 2021.  Due to COVID-19 restrictions, Ms. Vue was notified that the California Board of Barbering and Cosmetology has postponed all testing until July 1, 2021 (see Exhibit 1).  Since she is uncertain of exactly when her exam would be scheduled, she is requesting a

three-month window after the board commences rescheduling exams in the hope that she will be able to sit before the exam before she begins her prison commitment.

For the above reasons, Ms. Vue respectfully requests a one-time extension to October 1, 2021 to turn herself in as directed by the US Marshals.


DATED:        February 25, 2021          /S/     Grant Rabenn
                                        McGREGOR SCOTT
                                        by GRANT RABENN
                                        Attorney for Plaintiff


                                        /S/     Clemente M. Jiménez
                                        CLEMENTE M. JIMÉNEZ
                                        Attorney for PASIA VUE


## ORDER

IT IS SO ORDERED, that Pasia Vue turn herself in on October 1, 2021, as directed by the US Marshals Service.  The previous order that she turn herself in on March 1, 2021 is vacated.

This 26th day of February 2021.


CHIEF UNITED STATES DISTRICT JUDGE